**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
David Felderman
Robert M. Roseman
Daniel J. Mirarchi
Andrew N. Dodemaide
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611
Email:        dfelderman@srkw-law.com
                rroseman@srkw-law.com
                dmirarchi@srkw-law.com
                adodemaide@srkw-law.com

*Attorneys for Northern Ireland Local Government Officers' Superannuation Committee and proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TIMOTHY M. FORDEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN PLC, BRENTON L. SAUNDERS, PAUL M. BISARO, MARIA TERESA HILADO, and R. TODD JOYCE, <br><br> Defendants. | Case No. 2:16-cv-09449-SDW-LDW <br><br> HON. SUSAN D. WIGENTON <br><br> **NOTICE OF THE MOTION OF THE NORTHERN IRELAND LOCAL GOVERNMENT OFFICERS' SUPERANNUATION COMMITTEE FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL** <br><br> MOTION DATE: Feb. 6, 2017 |

| | |
|---|---|
| LINA ARSLANIAN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLERGAN PLC, ACTAVIS PLC, PAUL M. BISARO, ROBERT TODD JOYCE, BRENTON L. SAUNDERS, and MARIA TERESA HILADO,<br><br>    Defendants. | Case No. 2:17-cv-00002-SDW-LDW<br><br>HON. SUSAN D. WIGENTON |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the Northern Ireland Local Government Officers' Superannuation Committee ("NILGOSC") will, on February 6, 2017, in Courtroom MLK 5C of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07101, move this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Act of 1995 (the "PSLRA"), for the entry of an Order:  (i) consolidating the above-captioned securities class actions; (ii) appointing NILGOSC as Lead Plaintiff in the consolidated action on behalf of all persons other than Defendants who purchased or otherwise acquired the securities of Allergan plc ("Allergan" or the "Company," formerly known as Actavis plc) between February 25, 2014 and November 3, 2016, both dates inclusive (the "Class Period"); (iii) approving NILGOSC's selection of Spector Roseman Kodroff & Willis, P.C. as Lead Counsel for the proposed class; and (iv) granting such other relief as the Court may deem just and proper.  Defendant Allergan maintains its principal executive offices at Clonshaugh Business and Technology Park, Coolock, Dublin, D17 E400, Ireland.  Defendants Brenton L. Saunders, Paul M. Bisaro, and Maria Teresa Hilado are current officers and/or directors of Allergan and as such may be reached through Allergan's principal executive offices.  Upon information and belief, and according to publicly available

information, Defendant Robert Todd Joyce was most recently employed by Actavis Funding SCS, and as such may be reached through that entity's principal offices at 46A, avenue J.F. Kennedy, L-1855 Luxembourg.  Plaintiff Timothy M. Forden may be reached through his counsel, Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., which is located at 5 Becker Farm Road, Roseland, New Jersey 07068. Plaintiff Lina Arslanian may be reached through her counsel, The Rosen Law Firm, P.A., which is located at 609 W. South Orange Avenue, Suite 2P, South Orange, NJ 07079.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of David Felderman filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

DATED:  January 3, 2017              **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**

By:   */s/ David Felderman*
David Felderman
Robert M. Roseman
Daniel J. Mirarchi
Andrew N. Dodemaide
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611
Email:       dfelderman@srkw-law.com
              rroseman@srkw-law.com
              dmirarchi@srkw-law.com
              adodemaide@srkw-law.com

*Attorneys for Northern Ireland Local Government Officers' Superannuation Committee and proposed Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record through the Court's CM/ECF system.

Dated:  January 3, 2017			*/s/ David Felderman*
					David Felderman